UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. MARK ANTONVICH,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., & CREDIT SUISSE SECURITIES (USA) LLC, et al.<br><br>Defendants. | 7/9/15<br><br>14 Civ. 946 (ALC) |

## ORDER

The United States of America (the "Government"), by its attorney, Preet Bharara, United The United States (the "Government") having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the Complaint filed by the relator in the above-captioned action;

IT IS ORDERED THAT:

1. The Complaint shall be unsealed thirty days after entry of this Order; and, in the event that relator has not moved to dismiss this action, service upon defendants by the relator is authorized as of that date.

2. Except for the Complaint, this Order and the Notice of Decision to Decline Intervention, all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants.

3. Upon the unsealing of the Complaint, the seal shall be lifted as to all matters

occurring in this action subsequent to the date of this Order.

4. The parties shall serve all pleadings and motions filed in this matter, including supporting memoranda, upon the Government. The Government may order any transcripts of depositions. The Government may seek to intervene with respect to the allegations in the relator's Complaint, for good cause, at any time.

5. All further orders of this Court in this matter shall be sent to the Government by relator.

6. Should the relator or the defendants propose that the Complaint or any of its allegations be dismissed, settled, or otherwise discontinued, or that the defendants be dismissed from the case, the moving party (or parties) must solicit the written consent of the Government before applying for Court approval.

Dated: ~~March~~ April 6, 2015

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE