AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Mark S. Antonvich, ex rel USA
        Plaintiff (s),
V.
Deutsche Bank Securities, Inc., et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 14cv946

Notice is hereby given that, subject to approval by the court, __Mark S. Antonvich__ (Party (s) Name) substitutes __Joseph D. Sibley, IV__ (Name of New Attorney), State Bar No. __24047203__ as counsel of record in place of __Joel M. Androphy__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Joseph D. Sibley, IV
Address: Camara & Sibley LLP, 4400 Post Oak Parkway, Suite 2700, Houston, TX 77056
Telephone: (713) 966-6789   Facsimile (713) 583-1131
E-Mail (Optional): sibley@camarasibley.com

I consent to the above substitution.
Date: 11-3-2015
(Signature of Party (s))

I consent to being substituted.
Date: 11-3-2015
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11-3-2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED. It is further ordered that Joseph D. Sibley, IV shall associate with local New York counsel within one (1) week of the date of this Order.
Date: 11-4-15
      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]